JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAGOPALAN GOVINDARAJAN, M.D., an individual; SUDHA GOVINDARAJAN, M.D., et al., <br> Plaintiff, <br><br> v. <br><br> BERTHE ELIAS SHEHADA aka BERTHA SHEHADA, an individual; MAYSOUN SHEHADA, an individual; et al., <br> Defendants. | Case No. CV 14-06174-GW(CWx) <br><br> **ORDER RE: APPLICATION AND STIPULATION TO REMAND ACTION TO SUPERIOR COURT** <br><br> Hon. George H. Wu |

Having read and considered the Parties' Stipulation to Remand Action to State Court, the Court finds that there is no longer any basis for federal jurisdiction over the matters at issue in this action and that good cause exists for the matter to be remanded to state court.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that the instant action is hereby remanded in its entirety to the original court of competent jurisdiction, the Superior Court of the State of California, County of Los Angeles Central District, Case number BC549101.

**IT IS SO ORDERED.**

Dated: September 15, 2014

*[signature: George H. Wu]*

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER RE STIPLUATION TO REMAND CV 14-06174 GW